## 47636.   ALDRIDGE v. THE STATE.

PANNELL, Judge. The defendant, following indictment and trial for illegal possession of controlled drugs, was convicted of possessing drugs out of a legal container, and sentenced to a term of twelve months. He appeals to this court.

The evidence was sufficient to sustain the verdict. All other enumerations of error have either been abandoned or are found to be without merit.

*Judgment affirmed. Hall, P. J., and Quillian, J., concur.*
SUBMITTED NOVEMBER 7, 1972—DECIDED NOVEMBER 16, 1972.

*Bennett, Pedrick & Bennett, E. Kontz Bennett, Jr.,* for appellant.
*Dewey Hayes, District Attorney,* for appellee.

## 47644.   GEORGE v. SOUTHERN RAILWAY SYSTEM.

EBERHARDT, Presiding Judge. The court below, after notice and hearing, having dismissed this appeal August 8, 1972, on motion of appellee, finding that the notice of appeal was filed May 3, 1972, that no transcript had been filed and no extension of time obtained, and that the failure was caused by appellant (*Code Ann.* § 6-809 (b)), and appellant having failed to appeal from or to enumerate error on the order dismissing the appeal, the appeal must stand

*Dismissed. Deen and Clark, JJ., concur.*
ARGUED NOVEMBER 8, 1972—DECIDED NOVEMBER 16, 1972.

*White, Webb & Jewett, Robert John White, C. Lawrence Jewett,* for appellant.
*Matthews, Walton, Smith, Shaw & Maddox, James D. Maddox,* for appellee.